FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2022

No. 04-21-00273-CR

The **STATE** of Texas,
Appellant

v.

Marco Antonio **GLORIA**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-02-07982-MCRAJA
Honorable Amado J. Abascal III, Judge Presiding

# **O R D E R**

Sitting: Rebeca C. Martinez, Chief Justice
      Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice
      Irene Rios, Justice
      Beth Watkins, Justice
      Liza A. Rodriguez, Justice
      Lori I. Valenzuela, Justice

      Because the panel has issued a different opinion, the motion for en banc reconsideration

is DENIED AS MOOT. *See* TEX. R. APP. P.49.

_____
Beth Watkins, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court